

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00348-CV

In re **Stonebrook Manor SNF, LLC**
d/b/a Advanced Rehabilitation and Healthcare of Live Oak, LLC[1]

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-11058
Honorable Laura Salinas, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Justice
           Irene Rios, Justice
           Liza A. Rodriguez, Justice

On July 7, 2020, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than August 20, 2020.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-11058, styled *Olena O. Kelley, Individually and As Sole Heir to The Estate of Vira M. Zaytseva, Deceased v. Stonebrook Manor SNF, LLC d/b/a Advanced Rehabilitation and Healthcare of Live Oak, LLC*, pending in the 73rd Judicial District Court, Bexar County, Texas. The Honorable Laura Salinas signed the order at issue in this original proceeding.